395

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65360.—F. W. Myers & Co., Inc. *v.* United States, protest 265806–K (Ogdensburg).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65361.—Georgia Peanut Co. *v.* United States, protest 272227–K (Laredo).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65362.—Atkins, Kroll & Co. *v.* United States, protest 274765–K (San Francisco).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65363.—Lummis & Company *v.* United States, protests 279674–K and 279675–K (Norfolk).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65364.—Lummis & Company *v.* United States, protests 279908–K, 276876–K, and 276875–K (Philadelphia).